UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSEPH N. SKIPPER,

        Plaintiff,

v.                                                                      Case No. 2:06-cv-199
                                                                     HON. GORDON J. QUIST

LOUIS MIRON, et al.,

        Defendants.
_____/

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on August 24, 2006.  The Report and Recommendation was duly served on the parties.  The Court has received objections from the plaintiff.  In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made.  The Court now finds the objections to be without merit.  For the reasons stated in the Report and Recommendation, plaintiff has failed to state a claim against defendant Abdellatif pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b), and 42 U.S.C. § 1997e(c).

        THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge (Docket #4) is approved and adopted as the opinion of the court.

        IT IS FURTHER ORDERED that plaintiff's claims against defendant Abdellatif are DISMISSED for failure to state a claim.

        IT IS FURTHER ORDERED the clerk shall issue summons and complaint for defendant Miron.

Dated:  February 16, 2007                                                   /s/ Gordon J. Quist
                                                                                   GORDON J. QUIST
                                                                      UNITED STATES DISTRICT JUDGE